IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MONA PRICE               *

    Plaintiff,          *

v.                       *       Civil Action No. L-01-2177

CITIFINANCIAL, INC.      *

    Defendant.          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY AND COMPEL ARBITRATION OF PLAINTIFF'S CLAIMS

On August 21, 2001, the Defendant, Citifinancial, Inc., filed a Motion to Dismiss or, in the Alternative, to Stay and Compel Arbitration of Plaintiff's Claims. The parties have agreed to arbitrate Plaintiff's claims before the American Arbitration Association. Accordingly, the Plaintiff requests that the above-captioned case be stayed pending the outcome of arbitration.

_____
Matthew E. Kiely
Parker, Dumler & Kiely, LLP
36 S. Charles Street
Suite 2200
Baltimore, MD 21201
(410) 625-9330

Attorneys for the Plaintiff

[Handwritten order: 9/24/01 Approved
1) The case is hereby stayed pending arbitration
2) The Clerk is directed to administratively close the case
3) Either party may move to reopen after arbitration for good cause shown. BLegg 9/20/01]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this \_\_\_\_ day of September, 2001, the foregoing Motion to Dismiss or, in the Alternative, to Stay and Compel Arbitration of Plaintiff's Claims was sent by first class mail, postage prepaid to:

> Todd J. Horn, Esquire
> Christine P. D'Elicio
> Venable, Baetjer and Howard, LLP
> 1800 Mercantile Bank & Trust Bldg.
> Two Hopkins Plaza
> Baltimore, Maryland 21201-2978

_____
Matthew E. Kiely