IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MONA PRICE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. L-01-2177 |
| CITIFINANCIAL, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., and hereby stipulate that Plaintiff's lawsuit shall be dismissed with prejudice.

Respectfully submitted,

_____
Matthew E. Kiely
Parker, Dumler & Kiely, LLP
36 South Charles Street
Suite 2200
Baltimore, Maryland 21202
(410) 625-9330

Counsel for Plaintiff.

_____
Todd J. Horn
Venable, Baetjer and Howard, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201-2978
(410) 244-7400

Counsel for Defendant.

APPROVED THIS 8TH DAY OF July, 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

BA2/190842